McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
| Evidence items: N-47 to N-65, N-69, N-71, to N-73, N-80 to N-95, N-106 to N-110, | 2:17-SW-0227 DB, |
| 2920 Trentwood Way, Sacramento, CA | 2:17-SW-0176 AC, |
| Samsung Galaxy S5, ESN 246691517509840197 | 2:16-SW-0616 CKD, |
| Evidence item: N-109 | 2:17-SW-0745 DB, |
| 2011 Toyota Sedan 7JGV285 | 2:17-SW-754 DB, |
| Evidence items: N-62 and N63 | 2:17-SW-872 CKD, |
| Apple ID rommelcipriano87@gmail.com | 2:17-SW-0871 AC, |
| Cellular telephone: (916) 895-6081 | 2:18-SW-041 KJN, |
| Cellular telephone: (669) 232-7158 | 2:17-SW-0147 DB, |
| Cellular telephone: (669) 232-7158 | 2:17-SW-0148 DB, |
| Cellular telephone: (209) 430-4275 | 2:17-SW-0149 DB |
| | [PROPOSED] ORDER TO ALLOW DISCLOSURE OF SEARCH WARRANTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters may be disclosed to the following defendants only:

[PROPOSED] ORDER TO ALLOW DISCLOSURE OF
SEARCH WARRANTS

1

| Defendant | Case Number |
|---|---|
| Jamie Richardson<br>Snowden-Hall<br>Jaymar Ross<br>Rommel Cipriano | 2:17-cr-00044-KJM |
| Lakeisha Rudulph | 2:18-cr-00014-KJM |

Dated: July 2, 2019

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE